FILED

10/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0083

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.

WES LEE WHITAKER,

  Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 3, 2023, within which to prepare, file, and serve its response brief.

**BB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 24 2023